IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05CR105-W

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **O R D E R** |
| ) | |
| CECIL CARSEL ROARY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's "Motion To Unseal Indictment" in the above case, filed August 31, 2006. For the reason stated therein, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: September 1, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge